UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

Duct Utilities & Technologies, Inc.,
and Fast Point Acquisition Corp.,

    Plaintiffs,

v.

Star Communication Services,
and David L. Keever,

    Defendants/Third-Party Plaintiffs.

v.

Randall A. Drew,
and C. Christopher Kessen

    Third-Party Defendants

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

U. S. DISTRICT COURT - DE
MISC. CASE # 08 - 53

Case Number: 1:02-cv-00174

I, James Bonini, Clerk of the United States district court certify that the attached amended judgment is a true and correct copy of the original amended judgment entered in this action on March 16, 2005, as it appears in the records of this court, and that no notice of appeal from this amended judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rule of Appellate Procedure has been filed.

    **IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

3/10/2008
Date

**James Bonini, Clerk**
Clerk

(By) Deputy Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

> I certify that this is a true and correct copy of the original filed in my Office on 3/16/2005.
> JAMES BONINI, CLERK
> BY: _____ Deputy Clerk
> DATE: 3/10/2008

Duct Utilities & Technologies,
Inc., et al.,

    Plaintiffs

v.

Star Communication Services,
et al.,

    Defendants.

Case No. 1:02-cv-174

U. S. DISTRICT COURT - DE
MISC. CASE #08 - 53

# AMENDED JUDGMENT

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED that** judgment shall be against the original Plaintiffs and Third-Party Defendants Drew and Kessen, jointly and severally, in the amount of $13,778,594.17, together with attorney's fees and interest from March 10, 2004, the date of the original judgment.

March 16, 2005

James Bonini, Clerk

By: s/Mary C. Brown
Mary C. Brown, Deputy Clerk

# SIMMS SHOWERS LLP

DEBRA M. HNAT
Paralegal
dmhnat@simmsshowers.com

March 11, 2008

**BY FEDERAL EXPRESS**

Clerk of the Court
United States District Court
 for the District of Delaware
J. Caleb Bogg Federal Building
844 North King Street
Wilmington, DE 19801-3519

    Re:    Duct Utilities & Technologies, Inc., et al
            v. Star Communication Services, et al,
            Case No: 1:02-cv-00174   (SD Ohio)
            Registration of Foreign Judgment

U. S. DISTRICT COURT - DE
MISC. CASE # 08 - 53

Dear Sir:

    Enclosed please find an original certified copy of the amended judgment entered in this case in the Southern District of Ohio on March 16, 2005, and the accompanying AO451 certification form, for registration in the Southern District of New York. Also enclosed is our firm's check, in the amount of $39.00, in payment of the filing fee. If there is any problem with this request, please contact our office immediately.

    Thank you for your assistance in this matter.

                                               Sincerely,

                                               Debra M. Hnat

DMH/ms

Enclosures